

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00083-CR

Mario Angel **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB001360-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the clerk's record that is sealed. The motion is GRANTED. The clerk of the court is instructed to provide a copy of the sealed clerk's record to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of the sealed clerk's record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed clerk's record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the clerk of this court that the brief references the sealed clerk's record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court